IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY PHATH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL TRANSPORT LLC | : | NO. 24-0681 |

# ORDER

**AND NOW**, this 23rd day of December 2024, upon consideration of Defendant Central Transport LLC's Motion to Dismiss the First Amended Complaint (Docket No. 12), all documents filed in connection therewith, and the Argument held on December 2, 2024, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the First Amended Complaint is **DISMISSED**.  **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.