**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RODNEY PHATH,<br>    Plaintiff,<br><br>    v.<br><br>CENTRAL TRANSPORT, LLC,<br>    Defendant. | Case No.:<br>2:24-cv-00681-JP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rodney Phath, and Defendant, Central Transport, LLC, by and through their respective undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and disbursements.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated:  June 11, 2026                 */s/ Larry A. Weisberg*
Larry A. Weisberg (PA 83410)
lweisberg@weisbergcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707

*Counsel for Plaintiff*

**JACKSON LEWIS, P.C.**

Dated:  June 11, 2026                 */s/ Morgan D. Hollander*
Jonathan R. Cavalier (PA 206063)
Jonathan.Cavalier@jacksonlewis.com
Morgan D. Hollander (PA 328938)
Morgan.Hollander@jacksonlewis.com
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(267) 319-7802

*Counsel for Central Transport, LLC*

1